UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

JASON DIAL ET AL.,

  Plaintiffs,

v.                                               No. 4:22-cv-0690-P

R. KEVIN RUSSELL ET AL.,

  Defendants.

## ORDER

    On August 10, 2022, Defendants removed this case—originally filed in the 141st Judicial District Court of Tarrant County, Texas—to the United States District Court for the Northern District of Texas. ECF No. 1. In the Northern District of Texas, "any or all cases . . . arising in or related to a case under Title 11" "are referred to the Bankruptcy Judges of this district for consideration and resolution consistent with law." MISC. ORDER NO. 33.

    It is therefore **ORDERED** that the above-captioned case is hereby **REFERRED** and **TRANSFERRED** to the docket of United States Bankruptcy Judge Mark X. Mullin in the United States Bankruptcy Court for the Northern District of Texas in connection with bankruptcy case *In re Richard Kevin Russell*, No. 22-41793-mxm11.

    **SO ORDERED** on this **16th day** of **August 2022.**

*[Signature: Mark T. Pittman]*

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE